**FILED**
April 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARIA REYES** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | **CIVIL ACTION NO. 5:23-CV-00304-OLG** |
| § | |
| **VILLAGE CAPITAL & INVESTMENT, LLC** § | |
| § | |
| **Defendant.** § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this date, came on for consideration the Joint Stipulation of Dismissal as to Defendant, Village Capital & Investment, LLC, with Prejudice and the Court, having considered the pleadings and evidence, grants the Motion and dismisses with prejudice all claims asserted by Plaintiff against Defendant in the above-entitled and numbered action.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff against Defendant in the above-entitled and numbered action are hereby dismissed with prejudice with each party to bear their own costs and attorney's fees.

_____
**ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**